UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| OWEN HUGH ROBERTSON | CIVIL ACTION NO. 16-1505-P |
| VERSUS | JUDGE ELIZABETH FOOTE |
| WARDEN CAIN, II | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this ____ day of June, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE